UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Larry A. Varner<br>DCDC 210-131<br>8 Parkcrest Court<br>Upper Marlboro, MD 20774<br><br>      Petitioner,<br><br>vs.<br><br>Edward F. Reilly, Jr.<br>Chairman<br>United States Parole Commission<br>5550 Friendship Boulevard<br>Chevy Chase, Maryland 20815,<br><br>Terrence D. Jenkins<br>United States Probation Officer<br>E. Barrett Prettyman U.S. Courthouse<br>333 Constitution Avenue, NW, Rm.2800<br>Washington, D.C. 20001<br><br>      Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Case: 1:07-cv-01509<br>Assigned To : Leon, Richard J.<br>Assign. Date : 8/23/2007<br>Description: Habeas Corpus/2255 |

SERVE:    Jeffrey A. Taylor, USA
          Judiciary Center Building
          555 Fourth Street, NW
          Washington, DC 20530

EVIDENTIARY HEARING REQUESTED.

### PETITION FOR WRIT OF HABEAS CORPUS

Petitioner Larry A. Varner, Pro Se, avers as follows:

#### I. PARTIES

1.    Larry A. Varner, Petitioner herein, is currently on parole, residing at 8 Parkcrest Court, Upper Marlboro, MD 20774, was convicted on a plea agreement in the

Superior Court for the District of Columbia, on or about April 25, 1984, to one count of second degree murder. *See,* the Superior Court for the District of Columbia Cause No. F-5821-83G.

2.  Petitioner was sentenced to a term of incarceration of 10 years to 35 years. The sentence commenced on June 8, 1984, with two hundred forty-one (241) days of jail time credit.

3.  Respondent Edward F. Reilly, Jr., is the Chairman of the United States Parole Commission.

4.  Terrence D. Jenkins, is a United States Probation Officer for the United States Parole Commission, currently responsible for the case management of the Petitioner.

## II. JURISDICTION

5.  The United States District Court has jurisdiction over this petition for writ of habeas corpus pursuant to 28 U.S.C. §§ 2254 and 1331. Although Petitioner's sentence and commitment is the result of state action (District of Columbia), Petitioner is in the custody and control of the United States Parole Commission.

## III. VENUE

6.  Venue is proper in the United States District Court for the District of Columbia because Petitioner was paroled on October 21, 1993, to a period of supervised release to the District of Columbia, to the custody of the United States Parole Commission.

## IV. PROCEDURAL HISTORY

7. On April 25, 1984, Petitioner was convicted in accordance with a plea agreement in the Superior Court for the District of Columbia, to one count of second degree murder.

8. Petitioner was sentenced to a term of incarceration, to a minimum term of 10 years, and a maximum term of 35 years. Petitioner's sentence commenced on June 8, 1984, with two hundred forty-one (241) days of jail time credit.

9. On October 21, 1993, Petitioner was paroled to a period of supervised release to the District of Columbia, to the custody of the United States Parole Commission.

10. On or about January 18, 2002, Petitioner was placed on inactive supervision by respondent.

11. On or about January 2007, without any written notice or explanation, and without any other administrative due process hearing or procedure, Petitioner was placed on active parole supervision.

12. On or about April 10, 2007, Petitioner was to receive a mandatory and/or statutory release from the custody and control of the United States Parole Commission.

13. In a letter dated April 28, 2007, Petitioner informed Respondents of his April 10, 2007, release date, and requested that the Commission release him.

14. Respondents have failed to respond formally to Petitioner's request, but continue to require Petitioner to remain on supervised parole.

15. Respondents' refusal to release Petitioner from custody, is both arbitrary and capricious.

## V. GROUNDS FOR RELIEF

The grounds on which Petitioner contends his conviction is contrary to the Constitution of United States are as follows:

16. Respondents' failure to release Petitioner in accordance with sentencing computation provisions violates Petitioner's constitutional right to liberty.

17. To revoke Petitioner's parole without a hearing, violates Petitioner's protected liberty interest of the Fourteenth Amendment without due process.

18. Respondents' failure to release Petitioner in accordance with applicable statutory provisions violates Petitioner's statutory due process.

## VI. REQUESTED RELIEF

WHEREFORE, Petitioner Larry A. Varner prays that this Court:

19. Issue a writ of habeas corpus to have petitioner brought before the court to the end that he may be discharged from his unconstitutional custody;

20. Require Respondent to bring forward the entire record of any proceedings, and to specify any proceedings held in this case to determine that Petitioner is to continue custody in the control of Respondents;

21. Require Respondents to file an answer admitting or denying each and every factual allegation herein;

22. Allow Petitioner to conduct discovery and to expand the record relating to the issues raised by this Petition;

23. Conduct a hearing at which proof may be offered concerning the allegations in this Petition that Respondent does not admit;

24. Allow Petitioner sufficient time to brief the issues of law raised by this Petition;

25. Grant such other and further relief as may be appropriate.


Dated this 23rd day of August 2007.

Respectfully submitted,

_____
LARRY A. VARNER, PRO SE
8 Parkcrest Court
Upper Marlboro, MD 20774
(240) 461-9216

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Petition for Writ of Habeas Corpus was sent by U.S. Mail, certified, return receipt requested, postage pre-paid, on this 23rd day of August 2007 to:

> Edward F. Reilly, Jr.
> Chairman
> United States Parole Commission
> 5550 Friendship Boulevard
> Chevy Chase, Maryland 20815,
>
> Terrence D. Jenkins
> United States Probation Officer
> E. Barrett Prettyman U.S. Courthouse
> 333 Constitution Avenue, NW, Rm.2800
> Washington, D.C. 20001
>
> Jeffrey A. Taylor, USA
> Judiciary Center Building
> 555 Fourth Street, NW
> Washington, DC 20530

_____
Larry Varner

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Larry A. Varner  88888

### DEFENDANTS
Edward F. Reilly Jr.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **P.G.**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **D.C.**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Larry A. Varner, Pro Se
8 Parkcrest Court
Upper Marlboro, MD 20774

ATTORNEYS (IF KNOWN)
Jeffrey A. Taylor, USA
Judiciary Center
555 Fourth St., NW
Washington, DC 20530

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☒ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☒ G. *Habeas Corpus/ 2255*<br><br>☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 2254   28 USC 1331

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   ☐   **DEMAND $**   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES   ☒ NO   If yes, please complete related case form.

DATE 8/23/07   SIGNATURE OF ATTORNEY OF RECORD *[signature]*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.