|  |  |  |
|---|---|---|
| UNITED STATES DISTRICT COURT | | **FILED** |
| FOR THE DISTRICT OF COLUMBIA | | AUG 3 0 2007 |

Larry A. Varner, )
)
    Petitioner, )
)
v. )   Civil Action No. 07-1509 (RJL)
)
Edward F. Reilly, Jr. et al., )
)
    Respondents. )

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 28th day of August 2007,

ORDERED that respondents, by counsel, shall within 20 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue. The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the named respondents and the United States Attorney for the District of Columbia..

    SO ORDERED.

Date: 8/28/07

Richard J. Leon
United States District Judge