UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LARRY A. VARNER,  )<br>          Petitioner,  )<br>v.  )<br>   )<br>EDWARD F. REILLY, JR., et al.,  )<br>          Respondents.  )  | Civil Action No. 07-1509(RJL) |

**UNITED STATES PAROLE COMMISSION'S MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE TO
PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS**

The United States Parole Commission (the Commission), by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that it be allowed an additional ten business days, or until October 23, 2007, to file its response to petitioner's Petition for Writ of Habeas Corpus. As grounds for this request, the Commission states as follows:

1. On or about August 30, 2007, the Court issued an Order directing the Commission to file a response to petitioner's petition within 20 days of service of the Order. The Commission's response is thus due on October 9, 2007.

2. To date, undersigned counsel has reviewed the petition and begun working on the Commission's response. However, despite diligent efforts, she has been unable to comply with the Court's deadline in this matter. Between September 17, 2007 (the date that this case was assigned to undersign counsel) and the current date, undersigned counsel has completed substantive responses in five previously assigned cases and participated in an evidentiary hearing. Hence, counsel's pre-existing caseload has prevented her from being able to comply with the deadline in this case.

3.  The Commission thus seeks an extension of ten business days, or until October 23, 2007, to file its response. This brief extension of time will not unduly prejudice the petitioner.

4.  A proposed Order is enclosed.

WHEREFORE, the United States respectfully requests that it be granted ten additional business days, or until October 23, 2007, to file its response to petitioner's petition.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

ROBERT D. OKUN
Chief, Special Proceedings Division

_____/s/_____
MARGARET J. CHRISS
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-0874

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, this 5th day of October 2007, I caused a copy of the foregoing Motion for Extension of Time to File Response to Petitioner's Petition for Writ of Habeas Corpus, and proposed Order, to be served by first-class mail, postage prepaid, on:

Mr. Larry A. Varner
8 Parkcrest Court
Upper Marlboro, MD 20774

_____/s/_____
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **LARRY A. VARNER,**<br>　　　　　Petitioner,<br>v.<br>**EDWARD F. REILLY, JR., et al.,**<br>　　　　　Respondents. | Civil Action No. 07-1509(RJL) |

### ORDER

Upon consideration of the United States Parole Commission's Motion for Extension of Time to File Response to Petitioner's Petition for Writ of Habeas Corpus, any opposition thereto, and for good cause shown, it is hereby:

**ORDERED** that the motion is granted, and that the United States Parole Commission shall file its response to Petitioner's Petition for Writ of Habeas Corpus on or before October 23, 2007.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　Richard J. Leon
Date: _____　　　　　　　　　　　　United States District Judge

Copies to:

Margaret J. Chriss
Assistant United States Attorney
555 Fourth Street, N.W.
Special Proceedings Division
Washington, D.C.  20530

Mr. Larry A. Varner
8 Parkcrest Court
Upper Marlboro, MD 20774