UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Larry A. Varner,            )
                            )
    Petitioner,              )
                            )
        v.                   )    Civil Action No. 07-1509 (RJL)
                            )
Edward F. Reilly, Jr. *et al.*,  )
                            )
    Respondents.             )

### ORDER

This matter is before the Court on the government's response to the Court's order to show cause why the writ of *habeas corpus* should not issue. Because the Court's consideration of the response could dispose of the case, petitioner is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

ORDERED that petitioner has until **November 27, 2007**, to file a reply, failing which the Court will treat the factual assertions in the response as conceded and may summarily dismiss the case.

Richard J. Leon
United States District Judge

Date: October 26, 2007

