IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

NOV 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LARRY A. VARNER §
    Petitioner, §
  §
V. §    Case No.: 07-CV-1509 (RJL)
  §
EDWARD REILLY, JR., at al §
    Respondants, §
  §

---

NOTICE OF CHANGE OF ADDRESS

---

Comes now, Petitioner, in the above captioned matter and request that the Court and all parties please note Petitioner's change of address as follows:

    Larry A. Varner 00470-000
    FCI Fort Worth
    P.O. Box 15330
    Fort Worth, Tx. 76119-0330

    Respectfully Submitted,

    *[signature]*
    Larry A. Varner 00470-000
    FCI Fort Worth
    P.O. Box 15330
    Fort Worth, Tx. 76119-0330

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice of Change of Address was served upon the respondants via U.S. mail first class, postage prepaid, this __13th__ day of November, 2007, address as follows:

>Margaret J. Chariff
>Assistant U.S. Attorney
>U.S. Department of Justice
>555 Fouth Street, N.W.
>Washington, D.C. 20001

_____
Larry A. Varner