UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 12 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| | |
|---|---|
| Larry A. Varner, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 07-1509 (RJL) |
| | ) |
| Edward F. Reilly, Jr. *et al.*, | ) |
| | ) |
| Respondents. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 11th day of March 2008,

ORDERED that the Order to Show Cause [Dkt. No. 2] is DISCHARGED; it is

FURTHER ORDERED that the petition for a writ of *habeas corpus* [Dkt. No. 1] is DENIED; and it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable Order.

_____
RICHARD J. LEON
United States District Judge