IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Larry A. Varnar,
  Petitioner,

v.                                    Case No: 07-CV-1509 (RJL)

Edward Reilly, Jr., et al.,
  Respondants.

RECEIVED
MAR 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Supplement to Petitioner's Motion
For Writ of Habeas Corpus

Comes now, Petitioner, Larry A. Varnar, pro se, and beseech this Court to issue the writ of habeas corpus prayed for by Petitioner as Respondants continue to violate Petitioner's Constitutional Rights and laws of the United States and the District of Columbia. As grounds for this motion, Petitioner states as follows:

1. Petitioner is approximately five (5) weeks to completing a six (6) months sentence for a conviction received on April 23, 2007. (Petitioner

benefitted from the Volunteer Surrender Program and did not begin to serve his current sentence until October 18, 2007. Petitioner's current release date is April 14, 2008.

2. Prior to the current conviction, Petitioner was on parole for a second degree murder. Petitioner was sentenced to 10 years to 35 years on that charge. The second degree murder conviction was a District of Columbia Code offense. The conviction on that offense was in 1983. The projected parole date was in 1993, in which Petitioner was paroled. The statutory/Mandatory release date was April 10, 2007. The full term expiration date is sometime in 2018.

3. Prior to the April 10, 2007 release date the Respondents took no action. They did not issue any arrest warrants for violation of my parole, nor did they initiate any revocation proceedings. The

-2-

Respondants were aware of the new offense through their officers and/or agents, it turns out, even before Petitioner was arrested. Yet, the Respondants took no action.

4. On March 5, 2008, as Petitioner's Unit Team nears the completion of prossessing Petitioner's release from the current offense, its learned that Respondants have issued an arrest warrant to detain from my release on April 14, 2008, alleging that Petitioner violated his parole on the 1983 offense. (See, Exhibit 11 attached).

5. Petitioner contends that the time for Respondants to issue a warrant was before April 10, 2007. That the issuance of the warrant show Respondants willful intention to violate Petitioner's constitutional protected right to be free at liberty upon the

(3)

Completion of Petitioner's sentence on April 14, 2008.

6. Further, Respondants have shown their willingness to violate the U.S. Constitution and the laws of the District of Columbia when they supplied misrepresented, misleading and/or false information under oath to obtain the warrant issued herein. Petitioner contends that Respondants having advise of legal competance, having access to the facts, being aware of the April 10, 2007 manditory and statutory release of the Petitioner, could not have with a good and clear conscience provided information to swear out the instant warrant.

THEREFORE, before any further violations against the U.S. Constitution, laws against the District of Columbia and/or the other states of the United States of America, Petitioner

(4)

prayfully requests that this Court issue the Writ of Habeas Corpus moved for by Pettioner.

Respectfully Submitted,

*[signature]*

Larry A. Varnar, Pro Se
00470-000 Dallas Unit
FCI Fort Worth
P.O. Box 15330
Fort Worth, TX 76119

⑤

## Certificate of Service

I hereby certify that a copy of the foregoing Supplement to Petitioner's Motion for Writ of Habeas Corpus was served upon the Respondents via U.S. Mail, certified, return receipt requested, this 7th day of March 2008, addressed as follows:

Margaret J. Chariff
Assistant U.S. Attorney
U.S. Department of Justice
555 Fourth Street, N.W.
Washington, D.C. 20001

*Larry A. Varner* (signature)

Larry A. Varner

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| To: United States Parole Commission<br>5550 Friendship Blvd, Ste. 420<br>Chevy Chase, Maryland 20815-7286 | Institution Federal Correctional Institution<br>3150 Horton Road<br>Fort Worth, Texas 76119 |
|---|---|
| | Date March 04, 2008 |
| Warrant No:<br>DCDC No. 210-131 | Inmate's Name<br>Varner, Larry Alphonso | Fed Reg No.<br>00470-000 | DOB/SEX/RACE<br>08-29-1958 B/M/O |
| Aliases: | Other No. SSN: 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    FBI: 336230W2 |

The below checked paragraph relates to the above named inmate:

☐ This office is in receipt of the following report_____. Will you please investigate this report and advise what disposition, if any, has been made of the case. If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer. If you have no further interest in the subject, please forward a letter indicating so.

☒ A detainer has been filed against this subject in your favor for **Parole Violation Warrant**. Release is tentatively scheduled for **04-14-2008** however, we will notify you no later than **60 days** prior to actual release. **To check on an inmate's location, you may call our National Locator Center at: 202-307-3126 or check our BOP Inmate Locator Website at www.bop.gov.**

☐ Enclosed is your detainer warrant. Your detainer against the above named has been removed in compliance with your request.

☐ Your detainer warrant has been removed on the basis of the attached_____. Please notify this office immediately if you do not concur with this action.

☐ Your letter dated_____ requests notification prior to the release of the above named prisoner. Our records have been noted. Tentative release date at this time is_____.

☐ I am returning your _____ on the above named inmate who was committed to this institution on _____ to serve _____ for the offense of _____. If you wish your _____ filed as a detainer, please return it to us with a cover letter stating your desire to have it placed as a hold or indicate you have no further interest in the subject.

☐ The above-named inmate has been transferred to, **FCI, FT. WORTH**. Your detainer/notification request has been forwarded.

**Projected Release Date: 04-14-2008**

☐ Other:

Sincerely
Bernard P. Waller
Supervisory Inmate Systems Spec.
**(817) 534-8400; FAX (817) 413-3327**

CC:
Original - Addressee, Copy - Judgment & Commitment File; Copy - Inmate; Copy - Central File (Section 1); Copy - Correctional Services Department

(This form may be replicated via WP)                    (Replaces BP-394(58) dtd FEB 1994)

U.S. Department of Justice
United States Marshals Service



# DETAINER
## BASED ON FEDERAL PAROLE VIOLATION WARRANT
United States Marshal

*(城市)*

*(Return Address and Phone)*

*Please type or print neatly*

TO: FCI FORT WORTH

DATE: 2/28/08
SUBJECT: VARNER, LARRY
AKA:
DOB/SSN: 8/29/58/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
REF. # PDID747042
USMS #: 00470000
CC #: DCDC210131

Please accept this Detainer against the above-named subject who is currently in your custody. The United States Parole Commission has issued a Federal parole violation warrant against the subject. Prior to the subject's release from your custody, please notify this office at once so that we may assume custody of the subject if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible. The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer, which is based on a Federal parole violation warrant. In accordance with U.S. Parole Commission regulations, please read or show the following to the subject:

"YOU ARE HEREBY ADVISED THAT A DETAINER HAS BEEN FILED AGAINST YOU ON THE BASIS OF A WARRANT ISSUED BY THE U.S. PAROLE COMMISSION. IF YOU ARE SERVING A NEW SENTENCE OF CONFINEMENT FOR A CRIME COMMITTED WHILE ON PAROLE, YOU MAY SUBMIT TO THE U.S. PAROLE COMMISSION ANY INFORMATION YOU WOULD LIKE CONSIDERED BY THE PAROLE COMMISSION IN DISPOSING OF THE WARRANT. UPON RECEIPT OF SUCH INFORMATION, YOUR CASE WILL BE REVIEWED ON THE RECORD BY THE PAROLE COMMISSION."

After reading or showing the above language to the subject, please execute the following:
The foregoing was read to or by the subject and a copy of the Detainer and the charges upon which it is based was delivered to him on ___ _____
*(date)*

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and FAX one copy to this office at _____
FAX No.

Signed: _____  Title: _____

**RECEIPT**
Date: 3-4-08
Signed: [signature]
By:
Title: SISS

Very truly yours,

_____
*(Signature)*
GEORGE WALSH
U.S. Marshal
Requested by: KAREN BROWN

Form USM-16a
Rev. 04-05